UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MILOVAN POPOVIC, | ) | No. 17 B 5828 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| JOHN and KIMBERLY SKORUPA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 17 A 313 |
| | ) | |
| MILOVAN POPOVIC, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

## RULE 7058 JUDGMENT

This matter came before the court for trial on the adversary complaint of plaintiffs John and Kimberly Skorupa against defendant Milovan Popovic objecting to dischargeability of a debt. The court having heard having heard the evidence, and having made findings of fact and conclusions of law in accordance with Rule 52(a)(1) of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 52(a)(1) (made applicable by Fed. R. Bankr. P. 7052), on the record in open court, IT IS HEREBY ORDERED:

Judgment is entered in favor of defendant Milovan Popovic and against plaintiffs John and Kimberly Skorupa on the complaint.

Dated: May 16, 2019

A. Benjamin Goldgar
United States Bankruptcy Judge